# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

***FILED VIA ECF***

December 26, 2019

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: **United States v. Raymond Parker, et al.,**
 **19 Cr. 789 (PGG) Defendant #20**

Dear Judge Gardephe:

I am writing to request permission for Raymond Parker to travel to Pennsylvania for one day. Specifically, I respectfully request that on December 28, 2019, Mr. Parker be allowed to travel from his home in the District of New Jersey to Montage Mountains Resort in Scranton, PA, for a family ski trip. On the Morning of December 28, Mr. Parker would leave his residence with one of his children and travel to 1000 Montage Mountain Road, Scranton PA, 18507. After skiing for a few hours, they would travel back to his residence that same day.

I have discussed this request with AUSA Mathew Andrews and Pretrial Services Officer Assistant Shawn Bostick, and they do not object to this request.

If the Court requires any more information, please do not hesitate to reach out to me or my office.

Respectfully submitted,

Andrew M. J. Bernstein, Esq.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Dec-27, 2019