# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

**_FILED VIA ECF_**

February 11, 2020

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: **United States v. Raymond Parker, et al.,**
**19 Cr. 789 (PGG) Defendant #20**

Dear Judge Gardephe:

I am writing to request permission for Raymond Parker to travel to Pennsylvania for a two day family vacation. Specifically, I request that on February 16, 2020, Mr. Parker be allowed to travel from his home in the District of New Jersey to Philadelphia, PA, for a short family vacation to do some sight-seeing. On the Morning of February 16, Mr. Parker would leave his residence with his brother Michael Parker, and his partner, Nerlie Oskar and travel to the Hilton Garden Inn located in Philadelphia, address, 21 N. Juniper Street, Philadelphia, PA 19107. Mr. Parker and his family will return to the District of New Jersey sometime before 8 pm on February 17, 2020.

I have discussed this request with Goverment and Pretrial Services Officer Assistant Shawn Bostick, and they do not object to this request.

If the Court requires any more information, please do not hesitate to reach out to me or my office.

Respectfully submitted,

Andrew M. J. Bernstein, Esq.

MEMO ENDORSED
The Application is granted.
SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: Feb 13, 2020