

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: ___May 19, 2020___

***FILED VIA ECF***

May 18, 2020

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: <u>**United States v. Raymond Parker, et al.,**</u>
**19 Cr. 789 (PGG) Defendant #20**

Dear Judge Gardephe:

Raymond Parker extends his gratitude to the Court for granting his last request to travel. Due to the last-minute nature of those travel plans, Mr. Parker was unable to travel to Laurinburg, North Carolina to attend a family celebration for his daughter's college graduation. Mr. Parker has since been able to make new potential travel plans which are more conducive to his work and school schedule. Mr. Parker now, again, requests permission to travel to Laurinburg, North Carolina to visit with family. This time from May 20, 2020 to May 26, 2020.

Specifically, Mr. Parker requests that he be allowed to drive to North Carolina on Wednesday May 20, 2020 to visit with his daughter and mother for a few days. Mr. Parker would return home on Tuesday May 26, 2020 sometime in the evening before 11 pm. If allowed, Mr. Parker would drive to North Carolina with his brother Michael Parker, whom he currently lives with. They would stay at the Holiday Inn in Laurinburg, North Carolina. For the next few days Mr. Parker would spend time with his daughter and mother, while following social distancing guidelines. On Memorial Day, May 25, 2020, Mr. Parker would attend a small outdoor family picnic on his mother's property. Arrangements have been made for family members to be provided with masks and gloves and single serving food items, all in accordance with social distancing guidelines. Mr. Parker and his brother will return to the District of New Jersey sometime before 11 pm on May 26, 2020.

I have discussed this request with the government and Pretrial Services Officer Assistant Shawn Bostic, and they do not object to this request. Officer Bostic spoke with Mr. Parker on Friday May 15, 2020, via FaceTime, regarding Pretrial Services requirements and Mr. Parker is able to meet those requirements.

If the Court requires any more information, please do not hesitate to reach out to me or my office.

Thank you.

Respectfully submitted,

Andrew M. J. Bernstein, Esq.
*Partner*
abernstein@srf.law