

Andrew M. J. Bernstein, Esq., *Partner*,
*Chair* – White Collar Defense & Investigation Practice
1185 Avenue of the Americas | 31st Floor | New York, New York | 10036
T (212) 930 9700 | F (212) 930 9725 | abernstein@srf.law  | www.srf.law

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: August 25, 2021

**BY ECF AND E-MAIL**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: **United States v. Raymond Parker**
19 Cr. 789 (PGG) Defendant #20

Dear Judge Gardephe:

As the Court is aware, I am CJA appointed counsel for Raymond Parker, in the above-captioned matter. I write to request permission to submit an interim voucher for payment in this matter.

On August 13, 2021, Magistrate Judge Moses approved a Deferral of Prosecution Agreement between the Government and Mr. Parker. A control date is set for the contemplated motion to dismiss for February 14, 2022. Given that time frame, I am requesting that the Court grant me permission to submit an interim voucher for payment in this matter at this time.

Previously, I have submitted interim vouchers in this matter under the now-expired Standing Order that allowed for submissions of interim vouchers without prior court approval due to the COVID-19 pandemic. Each of those prior interim vouchers were approved.

If the Court requires any more information, please do not hesitate to reach out to my office.

Thank you.

Respectfully Submitted,

*/s/ Andrew Bernstein*
Andrew M. J. Bernstein
Partner
SICHENZIA ROSS FERENCE LLP
*Counsel for Raymond Parker*