

Andrew M. J. Bernstein, Esq., *Partner*,
*Chair* – White Collar Defense & Investigation Practice
1185 Avenue of the Americas | 31st Floor | New York, New York | 10036
T (212) 930 9700 | F (212) 930 9725 | abernstein@srf.law  | www.srf.law

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: October 22, 2021

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: **United States v. Raymond Parker**
19 Cr. 789 (PGG) Defendant #20

Dear Judge Gardephe:

As the Court is aware, I am CJA appointed counsel for Raymond Parker, in the above-captioned matter. I am writing to request permission for Mr. Parker to travel to Charlotte, North Carolina to visit a friend for three (3) days.

Specifically, Mr. Parker is requesting permission to leave the District of New Jersey on October 22, 2021, to travel to Charlotte and then return on October 24, 2021. If the Court grants Mr. Parker's request, he would fly round trip from Newark, New Jersey to Charlotte. While in Charlotte, Mr. Parker would stay at the home of his friend George Easterlin and Mr. Easterlin's family.

I have discussed this request with Pretrial Services and the government and neither party objects to Mr. Parker's request.

If the Court requires any more information, please do not hesitate to reach out to my office.

Thank you.

Respectfully Submitted,

*[signature]*

Andrew M. J. Bernstein
Partner
SICHENZIA ROSS FERENCE LLP
*Counsel for Raymond Parker*