

Andrew M. J. Bernstein, Esq., *Partner*,
*Chair – White Collar Defense & Investigation Practice*
1185 Avenue of the Americas | 31st Floor | New York, New York | 10036
T (212) 930 9700 | F (212) 930 9725 | abernstein@srf.law | www.srf.law

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> **MEMO ENDORSED**
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe, U.S.D.J.*
>
> Dated: November 30, 2021

Re:   **United States v. Raymond Parker**
       **19 Cr. 789 (PGG) Defendant #20**

Dear Judge Gardephe:

As the Court is aware, I am CJA appointed counsel for Raymond Parker, in the above-captioned matter. I am writing to request permission for Mr. Parker to travel to Laurinburg, North Carolina to attend the funeral of his adoptive mother from November 25, 2021 through November 28, 2021.

Specifically, Mr. Parker is requesting permission to leave the District of New Jersey on Thursday November 25, 2021 with his brother Michael Parker and drive to Laurinburg, North Carolina. Upon arrival, Mr. Parker and his brother will be staying at a Holiday Inn Express in Laurinburg, North Carolina. On Sunday November 28, 2021, Mr. Parker and his brother will return by car to the District of New Jersey.

I have discussed this request with Pretrial Services and the government and neither party objects to Mr. Parker's request.

If you have any questions, please feel free to reach out to my office.

Thank you.

Respectfully Submitted,

*/s/ Andrew Bernstein*

Andrew M. J. Bernstein
Partner
SICHENZIA ROSS FERENCE LLP
*Counsel for Raymond Parker*